FILED

FEB 22 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HARUT KORAKOSSIAN,<br>    a/k/a Harry Korakossian,<br>    a/k/a Harut Korakissian,<br>    a/k/a Harry Korakissian,<br>    a/k/a Harutyun Kirakossian,<br>WILSON FUNG,<br>EDWARD RIDGILL, and<br>DAISY TORRES CRUZ,<br><br>    Defendants. | No. CR 06-90 MHP<br><br>UNITED STATES MOTION TO UNSEAL and (~~PROPOSED~~) UNSEALING ORDER<br><br>SAN FRANCISCO VENUE |

On February 14, 2006, the Grand Jury returned an Indictment in the above-captioned matter. This Court granted the government's motion to seal the indictment and the corresponding arrest warrants and summons. On today's date, one of the defendants was and will appear before a United States Magistrate Judge in the Central District of California at 2:00 p.m. for his appearance. Accordingly, the government hereby moves the Court for an order unsealing the Indictment and the arrest warrants and summons for
//

UNSEALING MOTION

1  the above-captioned defendants.

2

3  DATED: February 22, 2006                 Respectfully submitted,

4                                           KEVIN V. RYAN
                                            United States Attorney
5

6
                                            ROBERT DAVID REES
7                                           Assistant United States Attorney

8

9

10                              **ORDER**

11        Based upon the motion of the government and for good cause shown, IT IS

12  HEREBY ORDERED that the Indictment in the above-captioned case and the

13  corresponding arrest warrants and summons shall be unsealed.

14

15
16  DATED: 2-22-06
                                            HON. MARIA ELENA JAMES
17                                          United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

UNSEALING MOTION                          2