KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CANDACE KELLY (CSBN 191473)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6962
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0090-MHP |
|     Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM APRIL 17, 2006 TO MAY 15, 2006 |
| HARUT KORAKOSSIAN, ) a/k/a Harry Korakossian, ) a/k/a Harut Korakissian, ) a/k/a Harry Korakissian, ) a/k/a Harutyun Kirakossian, ) WILSON FUNG, ) EDWARD RIDGELL, and ) DAISY TORRES CRUZ, ) | |
|     Defendants. ) | |

STIPULATION

1. On April 17, 2006, Harut Korakossian appeared before the Court for his first appearance in district court in the Northern District of California before the Honorable Marilyn Hall Patel. The parties requested a continuance to May 15, 2006, in order to allow (1) the government to

ORDER
CR 06-0090-MHP

produce discovery to the defendants (upon receipt of a Rule 16 discovery request); and (2) to allow defense counsel adequate time to review discovery and prepare for trial.

2. Co-defendant's Ridgell and Fung had a previously scheduled status hearing set for April 24, 2006 at 10:00 a.m. before the Honorable Marilyn Hall Patel. Counsel for Ridgell, Assistant Federal Public Defender Geoff Hansen appeared and agreed to continue that status hearing to May 15, 2006 and to continue to exclude time under the Speedy Trial Act to allow defense counsel adequate time to prepare for trial.

3. Ellen Barry, counsel for Fung, was not present for the hearing on April 17, 2006, but was informed of the proposed continuation of the case and the exclusion of time under the Speedy Trial Act immediately after the hearing. Ms. Barry agreed to this continuance and exclusion of time on behalf of her client.

4. The Court excused all three of the defendants from appearing on May 15, 2006.

5. Both counsel and defendants stipulate and agree that time should be excluded from April 17, 2006 through and including May 15, 2006 from the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) in order to allow a reasonable amount of time for the defense to effectively prepare for trial, taking into account the exercise of due diligence.

SO STIPULATED.

DATED: 5/8/06                                         /s/_____
                                                     GEOFF HANSEN
                                                     Attorney for Defendant A. RIDGELL

DATED: 4/24/06                                        /s/_____
                                                     ELLEN BARRY
                                                     Attorney for Defendant FUNG

DATED: 4/21/06                                        /s/_____
                                                     ARTHUR K. WACHTEL
                                                     Attorney for Defendant KORAKOSSIAN

DATED: 5/9/06                                         /s/_____
                                                     CANDACE KELLY
                                                     Assistant United States Attorney

ORDER
CR 06-0090-MHP

1  ORDER

2      The Court finds that there is good cause for the extension of time described above, and
3  that the ends of justice served by granting this continuance outweigh the best interests of the
4  public and of the defendants in a speedy trial and the prompt disposition of criminal cases.  18
5  U.S.C. § 3161(h)(8)(A).  The Court further finds that failure to grant the continuance would deny
6  the defendants and their counsel the reasonable time necessary for effective preparation taking
7  into account the exercise of due diligence and continuity of counsel under 18 U.S.C. §
8  3161(h)(8)(B)(iv).
9      Accordingly, and with the consent of the defendants, the Court continues the matter to May
10 15, 2006, for a status hearing before the Honorable Judge Patel at 10:00.  The Court further
11 orders that the period from April 17, 2006 through and including May 15, 2006 be excluded from
12 the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).
13 IT IS SO ORDERED.

15 DATED: May 11, 2006

_____
MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE



ORDER
CR 06-0090-MHP