1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  CANDACE KELLY (CSBN 191473)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6962
7      FAX: (415) 436-7234

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,        )    No. CR 06-0090-MHP
                                     )
14          Plaintiff,               )
                                     )
15      v.                           )
                                     )    STIPULATION AND [PROPOSED]
16  HARUT KORAKOSSIAN,               )    PROTECTIVE ORDER
        a/k/a Harry Korakossian,     )
17      a/k/a Harut Korakissian,     )
        a/k/a Harry Korakissian,     )
18      a/k/a Harutyun Kirakossian,  )
    WILSON FUNG,                     )
19  EDWARD RIDGELL, and              )
    DAISY TORRES CRUZ,               )
20                                   )
                                     )
21          Defendants.              )
                                     )
22

23

24      Defendants are charged with violations of Title 18, United States Code, Sections 1347

25  and 2– Health Care Fraud and Aiding, and Title 18, United States Code, Section 1349 –

26  Conspiracy to Commit Health Care.  In the course of discovery in this matter, the

27  defendants have requested production and review of documentary evidence in the

28  possession of the government which contains individually identifiable information

ORDER
CR 06-0090-MHP

1    disclosing medical information about patients who are not parties to this proceeding.  The

2    underlying substantive facts in this documentary evidence may be material and necessary

3    to the prosecution or defense of this proceeding.  To expedite the production of discovery

4    material and to adequately protect the individually identifiable health information, the

5    parties agree and stipulate that materials containing individually identifiable health

6    information will be handled in accordance with the conditions set forth below.  In order to

7    protect the confidentiality of this information, and with the stipulation of the parties, the

8    government asks the Court to enter the following protective order:

9            1.    Before producing materials containing individually identifiable

10   health information, the government will designate such materials as confidential by

11   affixing "CONFIDENTIAL HEALTH INFORMATION –SUBJECT TO PROTECTIVE

12   ORDER" to the material itself or to the diskette or CD-Rom containing the material.

13           2.    Except when being actively examined for the purpose of the

14   preparation of the defense's case, defense counsel shall maintain the protected material in

15   a locked, safe, and secure drawer, cabinet, safe, or room which is accessible only to

16   defense counsel.  Defense counsel shall not permit any person access of any kind to the

17   protected materials except as set forth below.

18           3.    If any defense counsel wishes to utilize the services of any paralegal,

19   investigator, expert or other individual to review the protected materials in connection

20   with the preparation of a defense, prior to receiving access to the materials such

21   individual must sign a copy of the "Acknowledgment of Protective Order and Proper

22   Handling of Materials Subject Thereto" attached to a copy of this Order acknowledging

23   that:

24           a)    he/she has reviewed the Order;

25           b)    he/she understand its contents;

26           c)    he/she agrees that he/she will only access the protected materials for

27   the purposes of preparing the defense case;

28           d)    he/she will not make any copies of any of the protected materials

ORDER
CR 06-0090-MHP

1  without further order of the Court;

2          e)      he/she understands that failure to abide by this Order may result in

3  sanctions by this Court.

4          Defense counsel shall promptly file signed copies of the Order along with the

5  signed Acknowledgment of Protective Order and Proper Handling of Materials Subject

6  Thereto Order, ex parte and under seal.  The government shall have no access to these

7  signed copies without further order of the Court.

8          4.      A copy of this order shall be maintained with the protected material

9  at all times.

10         5.      Counsel should make every effort to redact the individually

11  identifiable health information that is included in pleadings.  In addition, any pleadings in

12  which it is necessary to include or make reference to such information shall be filed under

13  seal.

14         6.      Within five court days of any judgement and sentencing hearing in

15  this matter, all material containing individually identifiable health care information that

16  was produced pursuant to this Order, if any, shall be returned to the Government or

17  destroyed by shredding or similar manner.  If defendant believes that he or she must

18  maintain the protected material for any reason related to appeal, defendant must seek

19  authorization from the Court within five days of the sentencing and judgement in this

20  matter.

21  SO STIPULATED

22
    DATED: 5/17/06                                    _____/s/_____
23                                                     GEOFFERY HANSEN
                                                       Attorney for Defendant RIDGELL
24

25  DATED: 5/25/06                                    _____/s/_____
                                                       CANDACE KELLY
26                                                     Assistant United States Attorney

27

28

    ORDER
    CR 06-0090-MHP

1           IT IS ORDERED that disclosure of the above-described discovery materials

2   shall be restricted as set forth above.

3

4   DATED:  May 26, 2006

                        MARILYN HALL PATEL

                        United States District Court

IT IS SO ORDERED

Judge Marilyn H. Patel

ORDER
CR 06-0090-MHP

1  **Acknowledgment of Protective Order and Proper Handling of Materials Subject**
   **Thereto**

2

3       I _____ am employed as a(n) _____ and I am assisting ____

4  _____(attorney) in the preparation of the defense of _____

5  (defendant). In anticipation of reviewing materials that contain individually identifiable

6  health information, I have reviewed the attached Order.  I understand its contents.  I agree

7  that I will only access the protected materials for the purposes of preparing the defense

8  case.  I will not make any copies of any of the protected materials without further order of

9  the Court.  I understand that failure to abide by this Order may result in sanctions by this

10 Court.

11

12

13 DATED:                                      _____

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
CR 06-0090-MHP