KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CANDACE KELLY (CSBN 191473)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6962
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0090-MHP |
|     Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM MAY 15, 2006 TO SEPTEMBER 20, 2006 |
| HARUT KORAKOSSIAN, ) | |
|    a/k/a Harry Korakossian, ) | |
|    a/k/a Harut Korakissian, ) | |
|    a/k/a Harry Korakissian, ) | |
|    a/k/a Harutyun Kirakossian, ) | |
| WILSON FUNG, ) | |
| EDWARD RIDGELL, and ) | |
| DAISY TORRES CRUZ, ) | |
|     Defendants. ) | |

STIPULATION

1. On May 15, 2006, the parties appeared before this Court for a status hearing. The Court set a trial date of September 26, 2006. The Court also scheduled the pretrial conference for September 20, 2006 at 2:30 p.m. and set the deadline for pretrial filings at September 8, 2006.

ORDER
CR 06-0090-MHP

1. The Court also set a hearing date of July 17, 2006 for any motions that the defendants might file.

2. The parties stipulated and the Court found that due to the large volume of discovery, this case is complex as it is defined in the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(ii). The Court made a finding that time should be excluded under the Speedy Trial Act from May 15, 2006, through September 20, 2006, based on the complexity of the case and the defendants' need for a reasonable amount of time for the defense to effectively prepare for trial, taking into account the exercise of due diligence.

SO STIPULATED.

DATED: 6/6/06                                    /s/
                                                 GEOFF HANSEN
                                                 Attorney for Defendant A. RIDGELL

DATED: 5/17/06                                   /s/
                                                 ELLEN BARRY
                                                 Attorney for Defendant FUNG

DATED: 5/18/06                                   /s/
                                                 ARTHUR K. WACHTEL
                                                 Attorney for Defendant KORAKOSSIAN

DATED: 6/6/06                                    /s/
                                                 CANDACE KELLY
                                                 Assistant United States Attorney

## ORDER

The Court finds that this is a complex case and that there is good cause for the extension of time described above, and that the ends of justice served by granting this continuance outweigh the best interests of the public and of the defendants in a speedy trial and the prompt disposition of criminal cases. 18 U.S.C. § 3161(h)(8)(B)(ii). The Court further finds that failure to grant the continuance would deny the defendants and their counsel the reasonable time necessary for effective preparation taking into account the exercise of due diligence and continuity of counsel under 18 U.S.C. § 3161(h)(8)(B)(iv).

ORDER
CR 06-0090-MHP

1   Accordingly, and with the consent of the defendants, the Court continues the matter to July
2   17, 2006 at 10:00 a.m. for a hearing on the defendant's pretrial motions.  The Court also sets this
3   matter for trial on September 26, 2006 and sets a pretrial conference for September 20, 2006 at
4   2:30 p.m.  The Court further orders that the period from May 15, 2006 through and including
5   September 20, 2006 be excluded from the Speedy Trial Act calculations under 18 U.S.C. §§
6   3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).
7   IT IS SO ORDERED.

8
9   DATED: June 9, 2006                          _____
10                                                MARILYN H. PATEL                   JUDGE

    IT IS SO ORDERED
    Judge Marilyn H. Patel
    UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA

ORDER
CR 06-0090-MHP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM MAY 15, 2006 TO SEPTEMBER 20, 2006**

in the case of **UNITED STATES V. HARUT KORAKOSSIAN, ET AL., CR 06-0090 MHP**

to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

| Ellen M. Barry, Esq. | Arthur K. Wachtel, Esq. | Geoffrey Hansen, Esq. |
|---|---|---|
| 316 West 2nd Street, Suite 1202 | 170 Columbus Avenue, #100 | Public Defender's Office |
| Los Angeles, CA 90012 | San Francisco, CA 94135 | 450 Golden Gate Avenue |
| Fax No: 213-621-1644 | Fax No: 415-248-0019 | 19th Ave |
| | | San Francisco, CA 94102 |
| | | [Hand deliver] |

__X__ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

__X__ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   May 18, 2006

                                          /s/
                                      RAWATY YIM
                                      United States Attorney's Office

ORDER
CR 06-0090-MHP