1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division
4  TIMOTHY J. LUCEY (CASBN 172332)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7152
7       Facsimile: (415) 436-7234
        E-mail: Timothy.Lucey@usdoj.gov
8
   Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,         )   No. CR 06 - 0090 - MHP
                                      )
14         Plaintiff,                 )
                                      )   STIPULATION AND [PROPOSED]
15     v.                             )   ORDER TO CONTINUE STATUS
                                      )   HEARING AND EXCLUDE TIME
16  HARUT KORAKOSSIAN, *et al.*,      )
                                      )
17         Defendant.                 )
                                      )
18

19      WHEREAS, defendants HARUT KORAKOSSIAN, WILSON FUNG, and

20  EDWARD ALAN RIDGILL, are charged with violations of federal law in an indictment

21  pending in the above-entitled matter before this Court and are currently scheduled for a

22  status hearing date on Tuesday, September 5, 2006, at 10:00 a.m. before this Court;

23      WHEREAS, government has recently undergone a re-assignment of this matter

24  within the United States Attorney's Office for this District, and as a result, Assistant

25  United States Attorney Timothy J. Lucey is now the lead and responsible attorney for the

26  government in this matter;

27      WHEREAS, AUSA Lucey was previously scheduled to be out of this District from

28  September 1 through September 9, 2006, such that he is not available to attend the

STIPULATION AND [PROPOSED] ORDER
[CR 06 - 0090 - MHP]

1  hearing on September 5, 2006, and due to the recent assignment to the matter, would, in
2  any event, require additional time to review the case files and discovery in order to be
3  effectively prepared to address the Court on substantive and procedural issues relative to
4  discovery issues and trial setting;
5       WHEREAS, government counsel has conferred with counsel for all three
6  defendants, who have agreed to continue the hearing date until the next available date on
7  all counsels' calendars, which is Monday, October 16, 2006, and further agreed with the
8  government that time should be excluded under the Speedy Trial Act between August 31,
9  2006 and October 16, 2006, based on the need for continuity of counsel as well as
10 effective preparation of counsel, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B);
11      WHEREAS, government counsel has conferred with the clerk for this Court, who
12 has determined that October 16, 2006 at 10:00 a.m. is an available date on this Court's
13 calendar;
14      THEREFORE, the parties hereby mutually and respectfully request and stipulate
15 that the matter be continued and time excluded under the Speedy Trial Act until Monday,
16 October 16, 2006, at 10:00 a.m. before this Court, in order to ensure effective preparation
17 of all counsel as well as the continuity of government counsel, and that the ends of justice
18 served by such a continuance outweighs the best interest of the defendants and the public
19 in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B).
20      **IT IS SO STIPULATED.**

21                                                  KEVIN V. RYAN
                                                    United States Attorney
22

23 Dated: August 30, 2006                           /S/ Timothy J. Lucey
                                                    TIMOTHY J. LUCEY
24                                                  Assistant United States Attorney

25
                                                    MORRISON & FOERSTER
26

27 Dated: August 30, 2006                           /S/ Eugene G. Illovsky
                                                    EUGENE G. ILLOVSKY
28                                                  Attorney for Defendant
                                                    Harut Korakossian

STIPULATION AND [PROPOSED] ORDER
[CR 06 - 0090 - MHP]                    2

1
2                                    BARRY PORTMAN
                                     Federal Public Defender
3
4  Dated: August 30, 2006                    /S/ Geoffrey A. Hansen
                                     GEOFFREY A. HANSEN
5                                    Attorney for Defendant
                                     Edward Alan Ridgill
6
7
                                     ELLEN M. BARRY
8
9
   Dated: August 30, 2006                    /S/ Ellen M. Barry
10                                   ELLEN M. BARRY
                                     Attorney for Defendant
11                                   Wilson Fung
12
         **IT IS SO ORDERED.**
13
14
   Dated:  9/1/2006
15
                                     IT IS SO ORDERED
16
                                     [signature]
17
                                     Judge Marilyn H. Patel
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND [PROPOSED] ORDER**
**[CR 06 - 0090 - MHP]**                3