EUGENE ILLOVSKY (CA SBN 117892)
DEREK FORAN (CA SBN 224569)
EIllovsky@mofo.com
DForan@mofo.com
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California 94596-8130
Telephone: 925.295.3300
Facsimile: 925.946.9912

Attorneys for Defendant
HARUT KORAKOSSIAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 06-0090-MHP |
|---|---|
| Plaintiff, | [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| HARUT KORAKOSSIAN, a/k/a Harry Korakossian, a/k/a Harut Korakissian, a/k/a Harry Korakissian, a/k/a Harutyun Kirakossian, WILSON FUNG, EDWARD RIDGELL, and DAISY TORRES CRUZ, | |
| Defendants. | |

IT IS HEREBY ORDERED that Defendant Korakossian's application is GRANTED. The terms and conditions of pretrial release are modified so that defendant need no longer wear an electronic bracelet as long as he submits to the following additional conditions. Mr. Korakossian is hereby ordered to: (1) report to Pretrial Services twice a week by telephone, (2) report to Pretrial Services twice monthly in person; (3) provide Pretrial Services with proof of income from

MOT. TO MODIFY CONDITION OF RELEASE
CR 06-0090-MHP
wc-122778

1

employment as requested; and (4) remain under curfew from 9 p.m. to 6 a.m. daily.

Dated: September 29, 2006          By: _____
                                        HON. MARILYN HALL PATEL
                                        UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge James Larson*

MOT. TO MODIFY CONDITION OF RELEASE
CR 06-0090-MHP
wc-122778

1