1  EUGENE ILLOVSKY (BAR NO. 117892)
   Email: EIllovsky@mofo.com
2  DEREK F. FORAN (BAR NO. 224569)
   Email: DForan@mofo.com
3  MORRISON & FOERSTER LLP
   101 Ygnacio Valley Road, Suite 450
4  P.O. Box 8130
   Walnut Creek, California 94596-8130
5  Telephone: 925.295.3300
   Facsimile: 925.946.9912
6
7  Attorneys for Defendant
   HARUT KIRAKOSSIAN
8
                    UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
   THE UNITED STATES OF AMERICA,              Case No.  CR 06-0090-MHP
12
                     Plaintiff,
13                                             **STIPULATION FOR PERMISSION
        v.                                     TO TRAVEL OUT OF STATE;
14                                             DECLARATION OF R. CHAD
   HARUT KORAKOSSIAN,                          HALES IN SUPPORT OF
15      aka Harry Korakossian,                 STIPULATION; [PROPOSED]
        aka Harut Korakissian,                 ORDER**
16      aka Harry Korakissian,
        aka Harutyun Kirkossian,
17 WILSON FUNG,
   EDWARD RIDGELL, and
18 DAISY TORRES CRUZ,

19                     Defendants.

20
21      DEFENDANT HARUT KIRAKOSSIAN and PLAINTIFF THE UNITED STATES hereby

22 stipulate and agree as follows:

23      WHEREAS, Defendant Mr. Kirakossian is employed with JP Logistics, Inc.;

24      WHEREAS, Defendant's employer is requiring Mr. Kirakossian to attend the annual SEMA

25 Automobile and Accessories Show in Las Vegas Nevada from November 1 through November 4,

26 2006 (*see* Exhibit A to the Declaration of R. Chad Hales in Support of Stipulation for Permission to

27 Travel Out of State);

28

wc-125100                                    1
STIPULATION AND PROPOSED ORDER FOR PERMISSION TO TRAVEL OUT OF STATE

WHEREAS, Mr. Kirakossian seeks the Court's permission to travel out of state from October 31, 2006 through November 4, 2006 to attend the SEMA show in Las Vegas, Nevada;

WHEREAS, Mr. Kirakossian was previously granted permission on June 15, 2006 by the Court to travel out of state to Las Vegas, Nevada, from June 15, 2006 to June 17, 2006, in connection with his employment (*see* Exhibit B to the Hales Declaration, attached hereto), which travel was without incident;

WHEREAS, counsel for Mr. Kirakossian has conferred with Assistant U.S. Attorney Tim Lucey, counsel for the UNITED STATES, and Pretrial Services Officer Allen Lew (Northern District of California), both of whom indicated that they do not object to Mr. Kirakossian being given permission to travel out of state to attend the SEMA show in Las Vegas, Nevada;

The parties do hereby stipulate and agree that Mr. Kirakossian can travel out of state for purposes of attending the SEMA show in Las Vegas, Nevada from October 31, 2006 and returning November 4, 2006, consistent with his employment with JP Logistics, Inc. and any directives Pretrial may issue in respect to the travel.

Dated: October 26, 2006         MORRISON & FOERSTER LLP

                                By:   /s/ Eugene Illovsky
                                      Eugene Illovsky

                                      Attorneys for Defendant
                                      HARUT KIRAKOSSIAN

Dated: October 26, 2006         UNITED STATES OF AMERICA

                                By:   /s/ Timothy Lucey
                                      Timothy Lucey

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

wc-125100                           2
STIPULATION AND PROPOSED ORDER FOR LEAVE TO TRAVEL OUT OF STATE

**DECLARATION OF R. CHAD HALES IN SUPPORT OF STIPULATION FOR PERMISSION TO TRAVEL OUT OF STATE**

I, R. CHAD HALES, declare:

1. I am an attorney licensed to practice before all Courts of the State of California and in the U.S. District Court for the Northern District of California. I am an associate at Morrison & Foerster LLP, counsel for Defendant Harut Kirakossian.

2. Attached hereto as Exhibit A is a true and correct copy of a letter I received via telefacsimile dated October 23, 2006 from JP Logistics, Inc., which I understand to be the employer of Mr. Kirakossian. The letter states, in part, that as an employee of JP Logistics, Inc., Mr. Kirakossian is required to attend the SEMA show in Las Vegas, Nevada.

3. Attached hereto as Exhibit B is a true and correct copy of a document entitled Application for Permission to Travel out of State, Supporting Declaration, and Proposed Order, which contains the Court's Order dated June 15, 2006 granting Mr. Kirakossian permission to travel out of state.

4. On Tuesday, October 24, 2006, I contacted Unites States Attorney Tim Lucey, who indicated that he would not oppose Mr. Kirakossian's request to travel out of state. The same day, I attempted to call Pretrial Services Officer Manuel Ibanez for the purposes of conferring about permission for Mr. Kirakossian to travel out of state, but I only reached Mr. Ibanez's voicemail and did not leave a message. I then tried to contact Pretrial Services Officer Josh Libby for the same reason, but only reached his voicemail, which indicated that was out of town. I did not leave a message. However, Mr. Libby's voicemail referred inquiries to Pretrial Services Officer Allen Lew. I then called Mr. Lew and spoke with him about permission for Mr. Kirakossian to travel out of state. Mr. Lew looked up Mr. Kirakossian's record (I believe on a computer) and after we discussed the matter, indicated that Pretrial Services would not oppose Mr. Kirakossian's request for permission to travel out of state for the purposes of attending the SEMA show in connection with his work.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of October, 2006, at Walnut Creek, California.   /s/ R. Chad Hales
R. Chad Hales

wc-125100   3
STIPULATION AND PROPOSED ORDER FOR LEAVE TO TRAVEL OUT OF STATE

**ORDER**

GOOD CAUSE APPEARING, having read and considered the foregoing, the Court hereby ORDERS that defendant Harut Kirakossian may travel to Las Vegas from Los Angeles on October 31, 2006 and returning on November 4, 2006, for the purposes stated in the October 23, 2006 letter from J.P. Logistics, Inc., attached to this application, and consistent with any directives Pretrial may issue in respect to the travel.

IT IS SO ORDERED.

DATED: 10/27/06

The Honorable Marilyn H. Patel
U.S. District Judge
U.S. District Court, Northern District California

wc-125100

4

STIPULATION AND PROPOSED ORDER FOR LEAVE TO TRAVEL OUT OF STATE