EUGENE ILLOVSKY (CA SBN 117892)
PAUL TAIRA (CA SBN 244427)
EIllovsky@mofo.com
PTaira@mofo.com
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California  94596-8130
Telephone: 925.295.3300
Facsimile: 925.946.9912

Attorneys for Defendant
HARUT KORAKOSSIAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HARUT KORAKOSSIAN,<br>　　a/k/a Harry Korakossian,<br>　　a/k/a Harut Korakissian,<br>　　a/k/a Harry Korakissian,<br>　　a/k/a Harutyun Kirakossian,<br>WILSON FUNG,<br>EDWARD RIDGELL, and<br>DAISY TORRES CRUZ,<br><br>　　　　　Defendants. | Case No.   CR 06-0090-MHP<br><br>**DEFENDANT HARUT KORAKOSSIAN'S SECOND APPLICATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

　　　Defendant Harut Korakossian respectfully asks the Court to amend the conditions of his pre-trial release to allow him to no longer be subject to a curfew from 9 p.m. to 6 a.m. daily.

　　　Pretrial Services Officer Manuel Ibanez, in the Central District where Mr. Korakossian lives and is reporting, does not oppose this Application given Mr. Korakossian's history of compliance. Counsel for Mr. Korakossian has spoken to AUSA Timothy Lucey who indicated that the government does not object to the modification proposed in this Application.

SECOND APP. TO MODIFY CONDITIONS OF RELEASE
CR 06-0090-MHP
wc-127948

1

1  Dated: January 23, 2007                    MORRISON & FOERSTER LLP

3                                        By:    /s/ Eugene Illovsky
                                                Eugene Illovsky

                                                Attorneys for Defendant
5                                               HARUT KORAKOSSIAN

6        Dated: 1/24/07

8        Conditions of pretrial release are amended in that defendant
         is no longer subject to curfew.  Other conditions remain
9        in place.

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

SECOND APP. TO MODIFY CONDITIONS OF RELEASE
CR 06-0090-MHP
wc-127948

2