SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TIMOTHY J. LUCEY (CSBN 172332)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7152
    Facsimile: (415) 436-7234
    E-mail: **Timothy.Lucey@usdoj.gov**

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06 - 0090 - MHP |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] PROTECTIVE ORDER |
| v. | |
| HARUT KORAKOSSIAN, et al., | |
| Defendant. | |

WHEREAS, Defendant is charged with violations of Title 18, United States Code, Section 1349 — Conspiracy to Commit Health Care Fraud; Title 18, United States Code, Sections 1347 and 2 — Health Care Fraud and Aiding and Abetting; and Title 18, United States Code, Section 982(a)(7) — Criminal Forfeiture;

WHEREAS, in the course of discovery in this matter, the defendant has requested production and review of documentary evidence in the possession of the government which contains individually identifiable information disclosing medical information about patients who are not parties to this proceeding. The underlying substantive facts in this documentary evidence may be material and necessary to the prosecution or defense of this proceeding.

//

WHEREAS, in order to expedite the production of discovery material and to adequately protect the individually identifiable health information, the parties hereby agree and stipulate that materials containing individually identifiable health information will be handled in accordance with the conditions set forth below.

THEREFORE, in order to protect the confidentiality of this information, and with the stipulation of the parties, the government asks the Court to enter the following protective order:

1. Before producing materials containing individually identifiable health information, the government will designate such materials as confidential by affixing "CONFIDENTIAL HEALTH INFORMATION — SUBJECT TO PROTECTIVE ORDER" to the material itself or to the diskette or CD-ROM containing the material.

2. Except when being actively examined for the purpose of the preparation of the defense's case, defense counsel shall maintain the protected material in a locked, safe, and secure drawer, cabinet, safe, or room which is accessible only to defense counsel. Defense counsel shall not permit any person access of any kind to the protected materials except as set forth below.

3. The following individuals may examine the documents and information containing confidential health information for the sole purpose of preparing this case and for no other purpose:

    a) Counsel;

    b) Members of defense counsel's law office who are assisting with the preparation of Harut Korakossian's defense;

    c) Defendant Harut Korakossian, but only in the presence of defense counsel or another authorized person listed in this paragraph;

    d) Investigators or non-party expert witnesses retained to assist in this matter;

    e) Any bona fide potential or actual witness (whether testifying or not) and any counsel of such witness;

    f) Members of the jury in this case; and

    g) The Court and its personnel.

//

1    4. All individuals (other than defense counsel and members of his firm and the defendant) who receive access to confidential health information pursuant to this order, ***prior to receiving access***, must sign a copy of the "Acknowledgment of Protective Order and Proper Handling of Materials Subject Thereto" attached to a copy of this Order acknowledging that:

   a) he/she has reviewed the Order;
   b) he/she understands its contents;
   c) he/she agrees that he/she will only access the protected materials for the purposes of preparing the defense case;
   d) he/she will not make any copies of any of the protected materials without further order of the Court;
   e) he/she understands that failure to abide by this Order may result in sanctions by this Court.

To the extent defense counsel obtains copies of any documents marked or identified as "CONFIDENTIAL HEALTH INFORMATION — SUBJECT TO PROTECTIVE ORDER," such documents shall be maintained by the defense in a secure storage area.  Any file(s) defense maintains in this matter that contain material marked or identified as "CONFIDENTIAL HEALTH INFORMATION — SUBJECT TO PROTECTIVE ORDER" shall be so identified on the cover of the file(s) as "FILE CONTAINS CONFIDENTIAL HEALTH INFORMATION — SUBJECT TO PROTECTIVE ORDER."

Defense counsel shall file signed copies of the Order along with the signed Acknowledgment of Protective Order and Proper Handling of Materials Subject Thereto Order, ex parte and under seal.  The government shall have no access to these signed copies without further order of the Court.

5. A copy of this order shall be maintained with the protected material at all times.

6. Counsel should make every effort to redact the individually identifiable health information that is included in pleadings.  In addition, any pleadings in which it is necessary to include or make reference to such information shall be filed under seal.

//

7. Within five court days of any judgment and sentencing hearing in this matter, all material containing individually identifiable health care information that was produced pursuant to this Order, if any, shall be returned to the Government or destroyed by shredding or similar manner. If defendant believes that he or she must maintain the protected material for any reason related to appeal, defendant must seek authorization from the Court within five days of the sentencing and judgement in this matter.

IT IS SO STIPULATED.

DATED: May 3, 2007                              /S/ Eugene Illovsky
                                                EUGENE ILLOVSKY
                                                Attorney for HARUT KORAKOSSIAN

DATED: May 3, 2007                              /S/ Timothy J. Lucey
                                                TIMOTHY J. LUCEY
                                                Assistant United States Attorney

IT IS ORDERED that disclosure of the above-described discovery materials shall be restricted as set forth above

DATED: __May 7, 2007_____                       IT IS SO ORDERED
                                                /s/ Elizabeth D. Laporte
                                                _____
                                                HONORABLE ELIZABETH D. LAPORTE
                                                United States Magistrate Judge

ACKNOWLEDGMENT OF PROTECTIVE ORDER
AND PROPER HANDLING OF MATERIALS SUBJECT THERETO

I _____ am employed as a(n) _____ and I am assisting _____ (attorney) in the preparation of the defense of _____ (defendant). In anticipation of reviewing materials that contain individually identifiable health information, I have reviewed the attached Order. I understand its contents. I agree that I will only access the protected materials for the purposes of preparing the defense case. I will not make any copies of any of the protected materials without further order of the Court. I understand that failure to abide by this Order may result in sanctions by this Court.

DATED: _____                          _____