SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

LAUREL D. BEELER (CABN 187656)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6765
    Facsimile: (415) 436-7234
    Email: laurel.beeler@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 06 0090 MHP |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND ORDER (Proposed) |
| HARUT KORAKOSSIAN, ) | |
|     Defendant. ) | |

    The parties ask that the hearing on December 10, 2007 be vacated and reset for December 17, 2007 for the following reasons:

    1. The matter is set only for status. Before the next hearing date, the parties intend to finalize the doctors' diversion agreements and conduct a proffer. The United States also needs to redact the indictment as to Korakossian and discuss the proposed redactions with counsel for Korakossian. Also, the United States needs to coordinate obtaining certain information from an investigation in the Central District of California that is potentially of interest to Korakossian.

    2. Counsel for the United States unexpectedly had to go out of town on November 27, 2007, and cannot finalize these matters until her return. The first day that she will be able to address these issues is December 6, 2007, which does not give sufficient time to confer with defense

STIPULATION AND ORDER (CR 06 0090 MHP)

counsel to finalize them before December 10, 2007.  One week's continuance should be sufficient time to accomplish these matters.  In addition, counsel for Drs. Ridgell and Fung are not available on December 10, 2007.

    3.  An appearance likely will not be necessary for Drs. Fung and Ridgell once the diversion agreements are finalized, and the parties may contact the court to take the matter off calendar.

    4.  Time previously has been excluded under the Speedy Trial Act to the trial date in February, 2008.

STIPULATED:

DATED: November 29, 2007      /S/ Laurel Beeler  
                                            LAUREL BEELER  
                                            TIMOTHY J. LUCEY  
                                            Assistant United States Attorneys

DATED: November 29, 2007      /S/ Eugene G. Illovsky  
                                            EUGENE G. ILLOVSKY  
                                            Attorney for HARUT KORAKOSSIAN

DATED: November 29, 2007      /S/ Ellen Barry  
                                            ELLEN BARRY  
                                            Attorney for WILSON FUNG

DATED: November 29, 2007      /S/ Geoffrey Hansen  
                                            GEOFFREY HANSEN  
                                            Attorney for EDWARD RIDGELL

    FOR GOOD CAUSE SHOWN, the Court vacates the December 10, 2007 , hearing and resets the matter for Monday, December 17, 2007, at 11 a..m.

    IT IS SO ORDERED.

DATED: 11/30/2007  
MARILYN HALL PATEL  
United States District Judge

*IT IS SO ORDERED. Judge Marilyn H. Patel*

STIPULATION AND ORDER (CR 06 0090 MHP)    2