JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

LAUREL BEELER (CSBN 187656)
TIMOTHY J. LUCEY (CSBN 172332)
Assistant United States Attorneys

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6765
   Facsimile: (415) 436-7234
   Email: laurel.beeler@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 06 0090 MHP |
|    Plaintiff, ) | |
|    v. ) | STIPULATION AND ORDER (Proposed) |
| HARUT KORAKOSSIAN, ) | |
|    Defendant. ) | |

   The parties hereby stipulate and agree as follows:

   1. The defendant, who is charged with health care fraud in a multi-count indictment, is free on bond. The parties previously agreed, and the Court found, that the case was complex, based on the fact that it is a complicated fraud scheme, as alleged, with a substantial amount of discovery.

   2. The Court previously set the trial for May 13, 2008. The parties' pre-trial conference is set for April 30, 2008, and the Court ordered that all pre-trial papers be filed no later than April 18, 2008.

   3. The United States has advised the defendant that it intends to seek new charges by either superseding the indictment or charging a new case. The parties have discussed the issues about

the current indictment and the nature and substance of the likely set of new charges.

4. Counsel for the defendant has advised the United States that it wishes to discuss the nature and substance of the intended new charges before the United States charges them. There also is a different investigation in the Central District of California, and there is additional evidence there relevant to the new charges and the existing case. The United States has requested that information from the Federal Bureau of Investigation and should receive it shortly. The information from the Central District of California is relevant to a possible global disposition of criminal liability for the defendant in the matters pending in both districts. The United States has proposed such a resolution to the defense in the form of an information and a plea agreement.

5. In addition, lead counsel for the United States on this matter, AUSA Laurel Beeler, is currently preparing for trial and will be in trial in this district's San Jose division during the week of April 21, such that it is unlikely that parties can resolve their negotiations prior to the next scheduled appearance before this Court on April 30, 2008.

6. Accordingly, the parties hereby stipulate and agree and request that the Court vacate the current trial date, the related pre-trial conference date, and the filing deadlines, and instead set the matter for status in approximately thirty days. The parties propose that the matter be set on the Court's calendar on Monday, May 19, 2008, at 10:00 a.m., for status regarding pleadings, discovery review, and possible change of plea.

7. The parties also stipulate and agree that failing to grant a continuance until May 19, 2008, for status in regard to the issues outlined herein would deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, given the need to review the discovery. Id. § 3161(h)(8)(B)(iv). The parties also stipulate and agree that "the case is so unusual or so complex, due to . . . the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established" by the Speedy Trial Act. Id. § 3161(h)(8)(B)(ii). Finally, the parties stipulate and agree that the ends of justice served by excluding the period from April 18, 2008 to May 19,

1  2008, outweigh the best interest of the public and the defendant in a speedy trial.  Id. §
2  3161(h)(A).
3     8.  Accordingly, the parties agree, stipulate and request that the Court exclude time under the
4  Speedy Trial Act from April 18, 2008, to May 19, 2008.  See 18 U.S.C. § 3161(h)(8)(A) &
5  (B)(ii) and (iv).
6  STIPULATED:
7  DATED:_____          _____/s_____
                                    EUGENE G. ILLOVSKY
8                                   Attorney for HARUT KORAKOSSIAN

9  DATED:_____          _____/s_____
10                                  LAUREL BEELER
                                    TIMOTHY J. LUCEY
11                                  Assistant United States Attorneys

12     For good cause shown, and for the reasons articulated above, the Court (1) finds that failure
13 to grant a continuance until May 19, 2008, would deny counsel for the defense the reasonable
14 time necessary for effective preparation, taking into account the exercise of due diligence; (2)
15 finds that "the case is so unusual or so complex, due to . . . the nature of the prosecution, or the
16 existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation
17 for pretrial proceedings or for the trial itself within the time limits established" by the Speedy
18 Trial Act; (3) finds that the ends of justice served by excluding the period from April 18, 2008 to
19 May 19, 2008, outweigh the best interest of the public and the defendant in a speedy trial; (4)
20 excludes time under the Speedy Trial Act until May 19, 2008; (5) vacates the April 30, 2008,
21 pretrial conference date and the May 13, 2008, trial date; and (6) sets the matter on calendar for
22 May 19, 2008, at 10 a.m.  See 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) and (iv).
23    IT IS SO ORDERED.
24 DATED: 4/21/2008         _____
                            MARILYN HALL PATEL
25                          United States District Judge

STIPULATION AND ORDER (CR 06 0090 MHP)    3

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*