JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

LAUREL BEELER (CSBN 187656)
TIMOTHY J. LUCEY (CSBN 172332)
Assistant United States Attorneys

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California  94102
   Telephone:  (415) 436-6765
   Facsimile: (415) 436-7234
   Email:  laurel.beeler@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 06 0090 MHP |
|     Plaintiff, ) | |
|     v. ) | REQUEST, STIPULATION AND ORDER (~~Proposed~~) |
| HARUT KORAKOSSIAN, ) | |
|     Defendant. ) | |

    The parties hereby ask the Court to vacate the currently scheduled status date of August 4, 2008, at 10 a.m., reset the case for status on Monday, August 25, 2008, at 10 a.m., and exclude time under the Speedy Trial Act until August 25, 2008, for the following reasons:

    1. The defendant, who is charged with health care fraud in a multi-count indictment, is free on bond. The parties previously agreed, and the Court found, that the case was complex, based on the fact that it is a complicated fraud scheme, as alleged, with a substantial amount of discovery.

    2. The parties have been discussing a proposed resolution and evaluating issues about monies paid by Medicare. It is not possible to complete these matters by the current status date of August 4, 2008. An additional three weeks will enable the parties to complete their review of

REQUEST, STIPULATION AND ORDER
(CR 06 0090 MHP)

1  restitution issues.

2      5.  The parties also stipulate and agree that failing to grant a continuance until
3  August 25, 2008, for the reasons outlined above would deny counsel for the defense the
4  reasonable time necessary for effective preparation, taking into account the exercise of due
5  diligence, given the need to review the discovery. Id. § 3161(h)(8)(B)(iv).  The parties also
6  stipulate and agree that "the case is so unusual or so complex, due to . . . the nature of the
7  prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect
8  adequate preparation for pretrial proceedings or for the trial itself within the time limits
9  established" by the Speedy Trial Act. Id. § 3161(h)(8)(B)(ii).  Finally, the parties stipulate and
10 agree that the ends of justice served by excluding the period from August 4, 2008, to August 25,
11 2008, outweigh the best interest of the public and the defendant in a speedy trial. Id. §
12 3161(h)(A).

13     8.  Accordingly, the parties agree, stipulate and request that the Court vacate the August 4,
14 2008, status date, reset it for August 25, 2008, at 10 a.m., and exclude time under the Speedy
15 Trial Act from August 4, 2008, to August 25, 2008. See 18 U.S.C. § 3161(h)(8)(A) & (B)(ii)
16 and (iv).

17 STIPULATED:

18 DATED:_____               /s
                                       EUGENE G. ILLOVSKY
19                                     Attorney for HARUT KORAKOSSIAN

20
   DATED:_____             /s
21                                     LAUREL BEELER
                                     TIMOTHY J. LUCEY
22                                     Assistant United States Attorneys

23     For good cause shown, and for the reasons articulated above, the Court (1) finds that failure
24 to grant a continuance until August 25, 2008, would deny counsel for the defense the reasonable
25 time necessary for effective preparation, taking into account the exercise of due diligence; (2)
26 finds that "the case is so unusual or so complex, due to . . . the nature of the prosecution, or the
27 existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation
28 for pretrial proceedings or for the trial itself within the time limits established" by the Speedy

1  Trial Act; (3) finds that the ends of justice served by excluding the period from August 4, 2008
2  to August 25, 2008, outweigh the best interest of the public and the defendant in a speedy trial;
3  (4) excludes time under the Speedy Trial Act until August 25, 2008; (5) vacates the August 4,
4  2008, status date; and (6) sets the matter on calendar on August 25, 2008, at 10 a.m.  See 18
5  U.S.C. § 3161(h)(8)(A) & (B)(ii) and (iv).
6      IT IS SO ORDERED.
7  DATED:  August 4, 2008       _____
8                              MARILYN HALL PATEL
                               United States District Judge

*[Signature stamp: IT IS SO ORDERED / Judge Marilyn H. Patel, United States District Court, Northern District of California]*

REQUEST, STIPULATION AND ORDER
(CR 06 0090 MHP)                             3