1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney

2
    BRIAN J. STRETCH (CSBN 163973)
3   Chief, Criminal Division

4   LAUREL BEELER (CSBN 187656)
    TIMOTHY J. LUCEY (CSBN 172332)
5   Assistant United States Attorneys

6     450 Golden Gate Avenue, 11th Floor
      San Francisco, California  94102
7     Telephone:  (415) 436-6765
      Facsimile: (415) 436-7234
8     Email:  laurel.beeler@usdoj.gov

9   Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )      No.: CR 06 0090 MHP
                                     )
14          Plaintiff,               )
                                     )
15          v.                       )      REQUEST, STIPULATION AND ORDER
                                     )      (Proposed)
16  HARUT KORAKOSSIAN,               )
                                     )
17          Defendant.               )
    _____  )

18

19      The parties hereby ask the Court to vacate the currently scheduled status date of August 25,

20  2008, at 10 a.m., reset the case for status on Monday, September 22, 2008, at 10 a.m., and

21  exclude time under the Speedy Trial Act until September 22, 2008, for the following reasons:

22      1. The defendant, who is charged with health care fraud in a multi-count indictment, is free

23  on bond.  The parties previously agreed, and the Court found, that the case was complex, based

24  on the fact that it is a complicated fraud scheme, as alleged, with a substantial amount of

25  discovery.

26      2. The parties have been discussing a proposed resolution and evaluating issues about

27  monies paid by Medicare.  It is not possible to complete these matters by the current status date

28  of August 25, 2008.  An additional three weeks will enable the parties to complete their review

REQUEST, STIPULATION AND ORDER
(CR 06 0090 MHP)

1  of restitution issues.

2      5.  The parties also stipulate and agree that failing to grant a continuance until

3  September 22, 2008, for the reasons outlined above would deny counsel for the defense the

4  reasonable time necessary for effective preparation, taking into account the exercise of due

5  diligence, given the need to review the discovery.  Id. § 3161(h)(8)(B)(iv).  The parties also

6  stipulate and agree that "the case is so unusual or so complex, due to . . . the nature of the

7  prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect

8  adequate preparation for pretrial proceedings or for the trial itself within the time limits

9  established" by the Speedy Trial Act.  Id. § 3161(h)(8)(B)(ii).  Finally, the parties stipulate and

10  agree that the ends of justice served by excluding the period from August 25, 2008, to September

11  22, 2008, outweigh the best interest of the public and the defendant in a speedy trial.  Id. §

12  3161(h)(A).

13      8.  Accordingly, the parties agree, stipulate and request that the Court vacate the August 25,

14  2008, status date, reset it for September 22, 2008, at 10 a.m., and exclude time under the Speedy

15  Trial Act from August 25, 2008, to September 22, 2008.  See 18 U.S.C. § 3161(h)(8)(A) &

16  (B)(ii) and (iv).

17  STIPULATED:

18  DATED:_____               /s
                            EUGENE G. ILLOVSKY
19                              Attorney for HARUT KORAKOSSIAN

20
    DATED:_____               /s
21                              LAUREL BEELER
22                              TIMOTHY J. LUCEY
                            Assistant United States Attorneys

23      For good cause shown, and for the reasons articulated above, the Court (1) finds that failure

24  to grant a continuance until September 22, 2008, would deny counsel for the defense the

25  reasonable time necessary for effective preparation, taking into account the exercise of due

26  diligence; (2) finds that "the case is so unusual or so complex, due to . . . the nature of the

27  prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect

28  adequate preparation for pretrial proceedings or for the trial itself within the time limits

1  established" by the Speedy Trial Act; (3) finds that the ends of justice served by excluding the

2  period from August 25, 2008 to September 22, 2008, outweigh the best interest of the public and

3  the defendant in a speedy trial; (4) excludes time under the Speedy Trial Act until September 22,

4  2008; (5) vacates the August 25, 2008, status date; and (6) sets the matter on calendar on

5  September 22, 2008, at 10 a.m.   See 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) and (iv).

6      IT IS SO ORDERED.

7  DATED:__8/22/2008_____      _____

8                                   MARILYN HALL PATEL
                                    United States District Judge

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA