JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

LAUREL BEELER (CSBN 187656)
TIMOTHY J. LUCEY (CSBN 172332)
Assistant United States Attorneys

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California  94102
   Telephone:  (415) 436-6765
   Facsimile: (415) 436-7234
   Email:  laurel.beeler@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 06 0090 MHP |
|     Plaintiff, ) | |
| v. ) | REQUEST, STIPULATION AND ORDER ~~(Proposed)~~ |
| HARUT KORAKOSSIAN, ) | |
|     Defendant. ) | |

    The parties hereby ask the Court to vacate the currently scheduled status date of September 22, 2008, at 10 a.m., reset the case for status on Monday, October 13, 2008, at 10 a.m., and exclude time under the Speedy Trial Act until October 13, 2008, for the following reasons:

    1. The defendant, who is charged with health care fraud in a multi-count indictment, is free on bond.  The parties previously agreed, and the Court found, that the case was complex, based on the fact that it is a complicated fraud scheme, as alleged, with a substantial amount of discovery.

    2. The parties have been discussing a proposed resolution and evaluating issues about monies paid by Medicare.  It is not possible to complete these matters by the current status date of September 22, 2008, because the assistant United States attorney is in trial and is unavailable.

REQUEST, STIPULATION AND ORDER
(CR 06 0090 MHP)

5.  The parties also stipulate and agree that failing to grant a continuance until October 13, 2008, for the reasons outlined above would unreasonably deny the government continuity of counsel.  Id. § 3161(h)(8)(B)(iv).  The parties also stipulate and agree that "the case is so unusual or so complex, due to . . . the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established" by the Speedy Trial Act.  Id. § 3161(h)(8)(B)(ii).  Finally, the parties stipulate and agree that the ends of justice served by excluding the period from September 22, 2008, to October 13, 2008, outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(A).

8.  Accordingly, the parties agree, stipulate and request that the Court vacate the September 22, 2008, status date, reset it for October 13, 2008, at 10 a.m., and exclude time under the Speedy Trial Act from September 22, 2008, to October 13, 2008.  See 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) and (iv).

STIPULATED:

DATED: September 18, 2008            /s/
                                     EUGENE G. ILLOVSKY
                                     Attorney for HARUT KORAKOSSIAN

DATED: September 18, 2008            /s /
                                     LAUREL BEELER
                                     TIMOTHY J. LUCEY
                                     Assistant United States Attorneys

For good cause shown, and for the reasons articulated above, the Court (1) finds that failure to grant a continuance until October 13, 2008, would deny counsel for the government continuity of counsel; (2) finds that "the case is so unusual or so complex, due to . . . the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established" by the Speedy Trial Act; (3) finds that the ends of justice served by excluding the period from September 22, 2008 to October 13, 2008, outweigh the best interest of the public and the defendant in a speedy trial; (4) excludes time under the Speedy Trial Act until October 13, 2008; (5) vacates the September 22, 2008, status date; and (6) sets the matter on calendar on

1  October 13, 2008, at 10 a.m.  See 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) and (iv).

2  IT IS SO ORDERED.

3  DATED: 9/19/2008                                   _____
                                                    MARILYN HALL PATEL
                                                    United States District Judge



REQUEST, STIPULATION AND ORDER
(CR 06 0090 MHP)                                3