UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 06 0090 MHP |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER <s>(Proposed)</s> |
| HARUT KORAKOSSIAN, | ) | |
| Defendants. | ) | |

1. The United States Attorney's Office previously entered into written agreements with defendants Ridgell and Fung to defer prosecution of their cases to enable the defendants to demonstrate their good conduct. The United States has entered into a similar agreement with Harut Korakossian. The diversionary period ends December 15, 2008. If all the defendants complete this period of diversion successfully, then the indictment in this case will be dismissed. The parties stipulate that with the Court's approval of this stipulation and order, the diversionary period is statutorily excluded under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(2).

2. The parties also agree that the ends of justice served by excluding time to give the defendants an opportunity for diversion outweigh the best interests of the public and the defendants in a speedy trial. The parties agree that failure to grant such a continuance for the diversionary period would likely result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(8)(A) & (B)(i).

STIPULATION AND ORDER (CR 06 0090 MHP)

3. Currently the matter is set for status as to defendant Korakossian on October 20, 2008. Based on the parties' written diversion agreement, the parties ask the Court to vacate the October 20, 2008, appearance, set a status date of December 15, 2008, at 10 a.m. (which is the current status date for defendants Ridgell and Fung), and exclude time under the Speedy Trial Act until December 15, 2008, which is the end of the diversion period. Assuming the defendants complete their diversionary period successfully, the parties will submit a further order to the Court in December 2008 vacating the December 15, 2008, hearing date.

STIPULATED:

DATED:_____        _____/s_____
                              EUGENE ILLOVSKY
                              Attorney for Harut Korakossian

DATED:_____        _____/s_____
                              LAUREL BEELER
                              TIMOTHY J. LUCEY
                              Assistant United States Attorneys

For good cause shown, and for the reasons articulated above, the Court (1) finds that time should be excluded in this case to allow the defendant the opportunity for diversion, (2) finds that the ends of justice served by excluding the period from the date of this order to December 15, 2008, outweigh the best interest of the public and the defendant in a speedy trial, and (3) orders that the period from the date of this order to December 15, 2008, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(2) & (8)(A) & (B)(i).

The Court also vacates the status date of October 20, 2008, and resets the matter for December 15, 2008, at 10 a.m.

IT IS SO ORDERED.

DATED: October 20, 2008         _____
                                MARILYN HALL PATEL
                                United States District

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

STIPULATION AND ORDER (CR 06 0090 MHP)        2