1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  LAUREL BEELER (CSBN 187656)
   TIMOTHY J. LUCEY (CSBN 172332)
5  Assistant United States Attorney
6    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
7    Telephone: (415) 436-6765
     FAX:       (415) 426-7234
8    Email:     laurel.beeler@usdoj.gov
9  Attorneys for Plaintiff
10
                  UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                      SAN FRANCISCO DIVISION
13
   UNITED STATES OF AMERICA,        )    No. CR 06 090 MHP
14                                  )
         Plaintiff,                 )
15                                  )    NOTICE OF DISMISSAL
      v.                            )
16                                  )
   HARUT KORAKOSSIAN,               )
17                                  )    (San Francisco Venue)
         Defendant.                 )
18                                  )
                                    )
19 _____ )

20    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
21 United States Attorney for the Northern District of California dismisses without prejudice the
22 indictment as to Harut Korakossian charging conspiracy to commit health care fraud and health
23 care fraud in violation of 18 U.S.C. § 1349 and 1347.
24 DATED: 7-31-08                        Respectfully submitted,
25                                       JOSEPH P. RUSSONIELLO
                                         United States Attorney
26
27                                       BRIAN J. STRETCH
                                         Chief, Criminal Division
28

NOTICE OF DISMISSAL (CR 06 090 MHP )

1 | Leave is granted to the government to dismiss the indictment as to Harut Korakossian.
2 | Date: 12/18/2008



MARILYN HALL PATEL
United States District Judge

NOTICE OF DISMISSAL (CR 06 090 MHP)   2